**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Rustic Steel Creations, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 16-1631428 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3919 N. Highland Avenue**<br>**Tampa, FL 33603**<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Rustic Steel Creations, Inc.**                                  Case number (*if known*) _____
          Name

**7.   Describe debtor's business**    *A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

*B. Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
        7115

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | | Relationship _____ |
|---|---|---|---|---|
| | District _____ | When _____ | | Case number, if known _____ |

| Debtor | **Rustic Steel Creations, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,000 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,000 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,000 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,000 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,000 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Rustic Steel Creations, Inc.**                                                              Case number (*if known*) _____
          Name

▌    **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature**<br>**of authorized**<br>**representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 10, 2019**
              MM / DD / YYYY

*X* **/s/ Dominique Martinez**                                    **Dominique Martinez**
Signature of authorized representative of debtor                  Printed name

Title   **President**

---

**18. Signature of attorney**   *X* **/s/ Daniel E. Etlinger**                    Date  **May 10, 2019**
                                Signature of attorney for debtor                        MM / DD / YYYY

                                **Daniel E. Etlinger**
                                Printed name

                                **Jennis Law Firm**
                                Firm name

                                **606 E. Madison Street**
                                **Tampa, FL 33602**
                                Number, Street, City, State & ZIP Code

                                Contact phone  **813-229-2800**     Email address   **ecf@jennislaw.com**

                                **77420 FL**
                                Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Rustic Steel Creations, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................    $ _____358,362.00_

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................    $ _____158,946.62_

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................    $ _____517,308.62_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____512,541.83_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................    $ _____49,302.33_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____178,062.57_

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b    $ _____739,906.73_

**Fill in this information to identify the case:**

Debtor name        **Rustic Steel Creations, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| 2. | **Cash on hand** | | | $8.76 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | Current value |
|---|---|---|---|---|---|
| 3.1. | **Bank of Ozk** | **Checking** | 2990 | | $23.70 |
| 3.2. | **Bank of Ozk** | **Checking** | 9758 | | $0.90 |
| 3.3. | **Bank of Ozk** | **Checking** | 3627 | | $164.14 |
| 3.4. | **Bank of Ozk** | **Checking** | 0076 | | $1.00 |
| 3.5. | **Wells Fargo Bank** | **Checking** | 5618 | | $28.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                            | $226.50 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Rustic Steel Creations, Inc.**                                   Case number *(If known)* _____
_____
Name

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.  **Security deposit with Frontier**                                                     $149.00

         **Debtor's funds deposited in the bank account of Red Door No. 5, LLC to pay operating**
    7.2.  **expenses**                                                                                 $1,787.78

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                      | $1,936.78 |
Add lines 7 through 8. Copy the total to line 81.

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

    11a. 90 days old or less:          **65,565.14**   -        **9,834.77**   =....        $55,730.37
                      face amount                      doubtful or uncollectible accounts

    11b. Over 90 days old:            **92,198.79**   -       **13,829.82**   =....        $78,368.97
                      face amount                      doubtful or uncollectible accounts

12.   **Total of Part 3.**                                                                     | $134,099.34 |
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    __Rustic Steel Creations, Inc.__    Case number *(if known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 19. | **Raw materials** **Miscellaneous scrap metals - no value** | **$0.00** | **Comparable sale** | **$0.00** |
| | **Metals used for commissioned projects - value incorporated in the accounts receivable figures** | **$0.00** | | **$0.00** |
| 20. | **Work in progress** **See attached list - value is included in accounts receivable list** | **$0.00** | | **$0.00** |
| 21. | **Finished goods, including goods held for resale** **Dragonfly wall mirror, birdcage, tall wall mirrror, table base - leaves, large fork, medium fish, sitting baby, entry table, 2 side tables, Geico, table lamp, large gear, small fish, love quote sign, floor lamp, airplane, bull, candle lob gecko, metal gun art, helicopter, motorcycle, rhino, sailboat, scorpion, shield, small spartan shield** | **$5,000.00** | **Revenue based** | **$5,000.00** |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    **$5,000.00**

Add lines 19 through 22. Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

Debtor    **Rustic Steel Creations, Inc.**                                    Case number *(if known)*    .
          <u>Name</u>

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** 10 chairs, 6 desks, 4 filing cabinets, leather couch | $950.00 | Liquidation | $950.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** 6 computer monitors, 5 computer towers, laser printer/copier, 2 laser jet printers, Buffalo router | $1,000.00 | Liquidation | $1,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.                    | $1,950.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2015 Toyota Prius** Vin 1165 | $5,834.00 | Comparable sale | $5,834.00 |
| 47.2. **2010 Ford F-150, Vin 6864 - Value $2,978.00 2011 Ford Ranger, Vin 4412 - Value $1,000 - vehicle recently damaged in automobile accident** | $1,000.00 | Comparable sale | $1,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor    **Rustic Steel Creations, Inc.**                                Case number *(if known)* _____
              Name

| | | | | |
|---|---|---|---|---|
| 47.3. | **2010 IMC Trailer** | $500.00 | Comparable sale | $500.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       **Forge, scroll machine, steel table saw, band saw, welders, work tables, and fork lift** — $8,400.00 | Liquidation | $8,400.00

51.    **Total of Part 8.**
       Add lines 47 through 50.  Copy the total to line 87.                          $15,734.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:     Real property**

54.  **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | | | |
| 55.1.  **Real property located at 1910 N. Florida Avenue, Tampa, FL 33602** | Fee Simple | $358,362.00 | Tax records | $358,362.00 |

56.    **Total of Part 9.**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.                                                     $358,362.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No

Official Form 206A/B                     Schedule A/B Assets - Real and Personal Property                          page 5

Debtor    **Rustic Steel Creations, Inc.**                        Case number *(If known)* _____
          Name

☐ Yes

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| 61. Internet domain names and websites website www.rusticsteel.com | Unknown | | Unknown |
| 62. Licenses, franchises, and royalties | | | |
| 63. Customer lists, mailing lists, or other compilations | | | |
| 64. Other intangibles, or intellectual property | | | |
| 65. Goodwill | | | |
| 66. **Total of Part 10.** Add lines 60 through 65. Copy the total to line 89. | | | $0.00 |

**67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?**
■ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. Notes receivable Description (include name of obligor) | |
| 72. Tax refunds and unused net operating losses (NOLs) Description (for example, federal, state, local) | |
| 73. Interests in insurance policies or annuities | |
| 74. Causes of action against third parties (whether or not a lawsuit has been filed) | |

Debtor   **Rustic Steel Creations, Inc.**                               Case number *(If known)* _____
_____
Name

| | |
|---|---|
| **Potential cause of action in connection with automobile accident** | |
| Nature of claim | **Unknown** |
| Amount requested                  **$0.00** | |

---

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Rustic Steel Creations, Inc.**                                    Case number *(If known)* _____
_____
Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $226.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,936.78 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $134,099.34 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,950.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,734.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $358,362.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $158,946.62 | + 91b. $358,362.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $517,308.62 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

5/9/2019                                Copy of project progess (2).xlsx

**RUSTIC STEEL CREATIONS**
3919 N. HIGHLAND AVENUE, TAMPA, FL 33603
PHONE: 813.222.0016    FAX: 813.224.9797

## PROJECT PROGRESS REPORT : MAY 2019

| | CLIENT | PROGRESS OF COMPLETION |
|---|---|---|
| 1 | | 80% |
| 2 | | 85% |
| 3 | | 70% |
| 4 | | 70% |
| 5 | | 70% |
| 6 | | 20% |
| 7 | | 30% |
| 8 | | 90% |
| 9 | | 50% |
| 10 | | 90% |
| 11 | | 50% |
| 12 | | 20% |
| 13 | | 35% |
| 14 | | 80% |
| 15 | | 30% |
| 16 | | 75% |
| 17 | | 55% |
| 18 | | 50% |
| 19 | | 30% |
| 20 | | 30% |
| 21 | | 10% |
| 22 | | 90% |
| 23 | | 15% |
| 24 | | 90% |
| 25 | | 10% |
| 26 | | 10% |

**PROGRESS KEY**

| | | | | |
|---|---|---|---|---|
| 10% CONTRACT/ DEPOSIT | 20% DESIGN | 30% Field Measure | 40% DRAWINGS | 50% FINAL APPROVAL |
| 60% MATERIALS | 70% FABRICATION | 80% PC / FINISH | 90% DELIVERY/ INSTALL | 100% COMPLETE |

| Fill in this information to identify the case: |
| --- |

Debtor name    **Rustic Steel Creations, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |
| **2.1**   **Amerinational**<br>Creditor's Name<br><br>**PO Box 650402**<br>**Dallas, TX 75265**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Real property located at 1910 N. Florida Avenue, Tampa, FL 33602** | **$108,387.29** | **$358,362.00** |
|  | Describe the lien<br>**Second Mortgage - Servicer for City of Tampa**<br>**Is the creditor an insider or related party?** |  |  |
| Creditor's email address, if known | ■ No<br>☐ Yes<br>**Is anyone else liable on this claim?** |  |  |
| **Date debt was incurred** | ☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |  |  |
| **Last 4 digits of account number**<br>**5073** | As of the petition filing date, the claim is:<br>Check all that apply |  |  |
| **Do multiple creditors have an interest in the same property?**<br>☐ No | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |  |
| ■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Hillsborough Tax Collector**<br>**2. Hillsborough Tax Collector**<br>**3. Firehouse No. 5 Partners,LLC**<br>**4. Amerinational**<br>**5. Firehouse No. 5 Partner, LLC** |  |  |  |
| **2.2**   **Ascentium Capital**<br>Creditor's Name<br><br>**4820 N. Dale Mabry**<br>**Tampa, FL 33614**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2010 Ford F-150 XL**<br>**Vin 6864**<br>**2011 Ford Ranger**<br>**Vin 4412** | **$9,326.21** | **$1,000.00** |
|  | Describe the lien<br>**Security Interest**<br>Is the creditor an insider or related party?<br>■ No |  |  |

Debtor    **Rustic Steel Creations, Inc.**                                    Case number (if know) _____
                Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** **3215** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** | **Firehouse No. 5 Partner, LLC**
Creditor's Name

**4602 Cheval Boulevard Lutz, FL 33558**
Creditor's mailing address

| | | $100,000.00 | $358,362.00 |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
**Real property located at 1910 N. Florida Avenue, Tampa, FL 33602**

**Describe the lien**
**Third Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Firehouse No. 5 Partners,LLC**
Creditor's Name

**4602 Cheval Boulevard Lutz, FL 33558**
Creditor's mailing address

| | | $279,000.00 | $358,362.00 |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
**Real property located at 1910 N. Florida Avenue, Tampa, FL 33602**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Rustic Steel Creations, Inc.**                                    Case number (if know) _____
        Name

| 2.5 | **Hillsborough Tax Collector** | Describe debtor's property that is subject to a lien | $6,090.60 | $358,362.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Real property located at 1910 N. Florida Avenue, Tampa, FL  33602**

**PO Box 30012**
**Tampa, FL 33630**
Creditor's mailing address

Describe the lien
**2017 Property taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Hillsborough Tax Collector** | Describe debtor's property that is subject to a lien | $5,659.84 | $358,362.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

**Real property located at 1910 N. Florida Avenue, Tampa, FL  33602**

**PO Box 30012**
**Tampa, FL 33630**
Creditor's mailing address

Describe the lien
**2018 Property taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **State of Florida** | Describe debtor's property that is subject to a lien | $4,077.89 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name
**Personal Property**

**Department of Revenue**
**6302 E. MLK Blvd. S.**
**Tampa, FL 33619**
Creditor's mailing address

Describe the lien
**Judgment Lien Certificate**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

**Last 4 digits of account number**

---

Debtor    **Rustic Steel Creations, Inc.**                                    Case number (if know) _____
        Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$512,541.83**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **City of Tampa** **205 N. Nebraska Avenue** **Tampa, FL 33602** | Line **2.1** | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     **Rustic Steel Creations, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
                                                                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Brian Morris**<br>**3919 N. Highland Avenue**<br>**Tampa, FL 33603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $458.24 | $458.24 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Christopher Bertetto**<br>**3919 N. Highland Avenue**<br>**Tampa, FL 33603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $456.00 | $456.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition wages** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    53632                    Best Case Bankruptcy

| Debtor | **Rustic Steel Creations, Inc.** | Case number (if known) | |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address<br>**Dominique Martinez**<br>**3919 N. Highland Avenue**<br>**Tampa, FL 33603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$29,941.60** | **$13,650.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address<br>**Ethan Velez**<br>**3919 N. Highland Avenue**<br>**Tampa, FL 33603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$190.00** | **$190.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Centralized Insolvency Oper.**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,665.74** | **$16,665.74** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Tax Lien for 940 and 1120 taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address<br>**Jessica Phillips**<br>**3919 N. Highland Avenue**<br>**Tampa, FL 33603** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$316.00** | **$316.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Pre-petition wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor   **Rustic Steel Creations, Inc.**                                    Case number (if known) _____
         Name

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 | $390.00 |
|-----|-----|-----|-----|-----|

**Jorge Mejia**
3919 N. Highland Avenue
Tampa, FL 33603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Pre-petition wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $320.00 | $320.00 |
|-----|-----|-----|-----|-----|

**Nashely Godines**
3919 N. Highland Avenue
Tampa, FL 33603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Pre-petition wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 | $399.00 |
|-----|-----|-----|-----|-----|

**Scott Walker**
3919 N. Highland Avenue
Tampa, FL 33603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Pre-petition wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.75 | $165.75 |
|-----|-----|-----|-----|-----|

**Steven Caldwell**
3919 N. Highland Avenue
Tampa, FL 33603

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
**Pre-petition wages**

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

---

Debtor   **Rustic Steel Creations, Inc.**                                    Case number (if known) _____
         Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,643.25 |
|---|---|---|---|

**A-1 Security Alarms, Inc.**
1703 N. Tampa Street, Ste. 6
Tampa, FL 33602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,299.33 |
|---|---|---|---|

**Airgas USA, LLC**
6601 E. 14th Avenue
Tampa, FL 33619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All Phase Glass and Mirror
Company, Inc.**
5001 N. Coolidge Avenue
Tampa, FL 33614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**All-Time Manufacturing Co.**
PO Box 37
2 Bridge Street
Montville, CT 06353

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alloy Casting Co.**
PO Box 800008
Balch Springs, TX 75180

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,679.33 |
|---|---|---|---|

**American Metals Supply Inc.**
10840 Crossroads Commerce
Center Boulevard
Tampa, FL 33610

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Architectural Products &
Sales**
1402 N. 25th Street
Tampa, FL 33605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Rustic Steel Creations, Inc.**                                      Case number (if known) _____
_____Name_____

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $269.16 |
|---|---|---|---|

**Blue Grace Logistics**
**Dept. 108**
**PO Box 4964**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $318.00 |
|---|---|---|---|

**Bob Leno**
**PO Box 86**
**Richboro, PA 18954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Candy Coated Customs**
**2515 71st Street North**
**Building A**
**Tampa, FL 33603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $327.00 |
|---|---|---|---|

**Chem Dry**
**2905 N. 13th Street**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**City of Tampa Utilities**
**PO Box 30191**
**Tampa, FL 33630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $119.00 |
|---|---|---|---|

**CM HVAC Holdings, LLC**
**5806 Breckenridge Parkway**
**Suite B**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services Provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $590.88 |
|---|---|---|---|

**Colonial Life Insurance**
**PO Box 1365**
**Columbia, SC 29202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    __Rustic Steel Creations, Inc.__                                    Case number (if known) _____
            Name

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,308.88 |

**3.15** Nonpriority creditor's name and mailing address
Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

**$31,308.88**

---

**3.16** Nonpriority creditor's name and mailing address
FDOT Turnpike Enterprise
PO Box 613069
Ocoee, FL 34761

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Tolls__

Is the claim subject to offset? ■ No  ☐ Yes

**$34.68**

---

**3.17** Nonpriority creditor's name and mailing address
Foremost Insurance Group
PO Box 0915
Carol Stream, IL 60132

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Insurance__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,658.50**

---

**3.18** Nonpriority creditor's name and mailing address
Frontier
PO Box 740407
Cincinnati, OH 45274

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Utilities__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.19** Nonpriority creditor's name and mailing address
Gabriel R. Strine
Strine Legal Services, PLLC
8451 W. Linebaugh Avenue
Tampa, FL 33625

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Professional Services__

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.20** Nonpriority creditor's name and mailing address
GG Markers
PO Box 47625
Tampa, FL 33646

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$520.00**

---

**3.21** Nonpriority creditor's name and mailing address
Hillsborough Sheet Metal,Inc
4113 Nebraska Avenue
Tampa, FL 33603

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Debt__

Is the claim subject to offset? ■ No  ☐ Yes

**$435.00**

---

Debtor    **Rustic Steel Creations, Inc.**                                        Case number (if known) _____
_____Name_____

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,379.34 |
|---|---|---|---|

**Industrial Tapes & Adhesives**
**1301 N. Rome Avenue**
**Tampa, FL 33607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.25 |
|---|---|---|---|

**JASSA Ventures, LLC**
**16116 Carden Drive**
**Odessa, FL 33556**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Professional Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85.09 |
|---|---|---|---|

**Lease Finance Group, LLC**
**419 East Main Street**
**Middletown, NY 10940**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,250.00 |
|---|---|---|---|

**Lubna Lipton**
**8640 Seminole Boulevard**
**Seminole, FL 33772**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Customer**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,354.00 |
|---|---|---|---|

**McCaster-Carr Supply Co.**
**PO Box 7690**
**Chicago, IL 60680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.02 |
|---|---|---|---|

**Mead Industrial Coatings,Inc**
**1213 E. Bearss Avenue**
**Lutz, FL 33549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,610.96 |
|---|---|---|---|

**Michelle Mancini**
**18815 Walker Road**
**Lutz, FL 33549**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Rustic Steel Creations, Inc.**                              Case number (if known) _____
          Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.60 |
|---|---|---|---|

**3.29**  Nonpriority creditor's name and mailing address
Notice to Owner
401 Center Pointe Circle
Suite 1549
Altamonte Springs, FL 32701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$48.60

---

**3.30**  Nonpriority creditor's name and mailing address
nPerspective CFO Services
2202 N. Westshore Bouelvard
Suite 200
Tampa, FL 33607

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Services

Is the claim subject to offset? ■ No ☐ Yes

$2,450.00

---

**3.31**  Nonpriority creditor's name and mailing address
Paycor
3000 Bayport Drive
Suite 750
Tampa, FL 33607

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Payroll Taxes

Is the claim subject to offset? ■ No ☐ Yes

$196.75

---

**3.32**  Nonpriority creditor's name and mailing address
Personnel Concepts
200 E. Guasti Road
Suite 300
Ontario, CA 91761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Services Provided

Is the claim subject to offset? ■ No ☐ Yes

$370.36

---

**3.33**  Nonpriority creditor's name and mailing address
Prime Rate Finance Corp.
PO Box 580016
Charlotte, NC 28258

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset? ■ No ☐ Yes

$988.47

---

**3.34**  Nonpriority creditor's name and mailing address
Propane Ninja
4901 W. Knollwood Street
Tampa, FL 33634

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Debt

Is the claim subject to offset? ■ No ☐ Yes

$105.93

---

**3.35**  Nonpriority creditor's name and mailing address
Railroad & Industrial Credit
Union
3710 N. 50th Street
Tampa, FL 33619

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  For Notice Purposes Only

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

Debtor   **Rustic Steel Creations, Inc.**                                                    Case number (if known) _____
_____
Name

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.36** Nonpriority creditor's name and mailing address
Red Door No. 5, LLC
3919 N. Highland Avenue
Tampa, FL 33603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.37** Nonpriority creditor's name and mailing address
Sherwin-Williams Co.
Accounts Receivable Dept.
4835 W. Hillsborough Avenue
Tampa, FL 33614

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$17.89

---

**3.38** Nonpriority creditor's name and mailing address
Smiths Sandpaper Shop
7401 N. Nebraska Avenue
Tampa, FL 33604

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$81.96

---

**3.39** Nonpriority creditor's name and mailing address
Spectrum Business
PO Box 31710
Tampa, FL 33631

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

$126.85

---

**3.40** Nonpriority creditor's name and mailing address
Stewart Stainless Supply,Inc
2721 N. 36th Street
Tampa, FL 33605

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$156.15

---

**3.41** Nonpriority creditor's name and mailing address
Sunpass
PO Box 447
Ocoee, FL 34761

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tolls**

Is the claim subject to offset? ■ No ☐ Yes

$143.53

---

**3.42** Nonpriority creditor's name and mailing address
Swann Transportation Service
722 WSW Loop 232
Suite 200
Tyler, TX 75701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

$988.00

---

Debtor __**Rustic Steel Creations, Inc.**_____ Case number (if known) _____
　　　　　　Name

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.43** Nonpriority creditor's name and mailing address
**Tampa Electric**
PO Box 31318
Tampa, FL 33631

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.44** Nonpriority creditor's name and mailing address
**Tampa Steel Supply**
1301 N. 26th Street
Tampa, FL 33605

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$45.50**

---

**3.45** Nonpriority creditor's name and mailing address
**Tampa Well Drilling, Inc.**
12704 N. Nebraska Avenue
Tampa, FL 33612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$878.06**

---

**3.46** Nonpriority creditor's name and mailing address
**Truly Nolan**
4842 N. Florida Avenue
Tampa, FL 33603

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services Provided__

Is the claim subject to offset? ■ No ☐ Yes

**$91.08**

---

**3.47** Nonpriority creditor's name and mailing address
**Universal Canvas Hyde**
**Park Awning**
916 East 109th Avenue
Tampa, FL 33612

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade Debt__

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.48** Nonpriority creditor's name and mailing address
**Verizon**
PO Box 660108
Dallas, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

**$462.06**

---

**3.49** Nonpriority creditor's name and mailing address
**William Berry**
c/o Felipe B. Fulgencio, Esq
105 S. Edison Avenue
Tampa, FL 33606

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __Lawsuit__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Rustic Steel Creations, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $160.71 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Yoursip Telecom**
402 Tampa Road
Palm Harbor, FL 34683

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Frontier**<br>PO Box 5157<br>Tampa, FL 33675 | Line  3.18<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Larry S. Hyman, Trustee**<br>307 S. Boulevard, Ste. B<br>Tampa, FL 33606 | Line  3.13<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Timothy G. Hayes**<br>21859 State Road 54<br>Suite 200<br>Lutz, FL 33549 | Line  3.25<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **United States Attorney**<br>Attn: Civil Process Clerk<br>400 N. Tampa Street<br>Suite 3200<br>Tampa, FL 33602 | Line  2.5<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **United States Attorney**<br>Department of Justice<br>950 Pennsylvania Avenue NE<br>Washington, DC 20530-0001 | Line  2.5<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 49,302.33 |
| 5b. Total claims from Part 2 | 5b. + | $ | 178,062.57 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 227,364.90 |

**Fill in this information to identify the case:**

Debtor name __**Rustic Steel Creations, Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Oral lease for the use of the 2015 Toyota Prius** | |
| State the term remaining | |
| List the contract number of any government contract _____ | Dominique Martinez 3919 N. Highland Avenue Tampa, FL 33603 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Debtor leases commercial property located at 3919 North Highland, Tampa, Florida  33603** | |
| State the term remaining | |
| List the contract number of any government contract _____ | Palori Equities 234 E. Davis Boulevard Tampa, FL 33606 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest **Oral lease agreement for property located at 1910 N. Florida Avenue, Tampa, Florida 33602** | |
| State the term remaining | |
| List the contract number of any government contract _____ | Red Door No. 5, LLC 3919 N. Highland Avenue Tampa, FL 33603 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest **Debtor leases 4 2130 Grandstream phones** | |
| State the term remaining **Unknown** | |
| List the contract number of any government contract _____ | Yoursip Telecom 402 Tampa Road Palm Harbor, FL 34683 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name **Rustic Steel Creations, Inc.** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Dominique Martinez | 3919 N. Highland Avenue Tampa, FL 33603 The Debtor is not obligated on the loan, however, it has a 50% interest in the vehicle, which it uses in the ordinary course of business. | Railroad & Industrial Credit | ☐ D _____ ■ E/F __3.35__ ☐ G _____ |
| 2.2 | Dominique Martinez | 3919 N. Highland Avenue Tampa, FL 33603 | Ascentium Capital | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Dominique Martinez | 3919 N. Highland Avenue Tampa, FL 33603 | Firehouse No. 5 Partners,LLC | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Dominique Martinez | 3919 N. Highland Avenue Tampa, FL 33603 | Amerinational | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor    **Rustic Steel Creations, Inc.**                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.5 | Dominique Martinez | 3919 N. Highland Avenue Tampa, FL 33603 | Firehouse No. 5 Partner, LLC | ■ D ___2.3___ ☐ E/F _____ ☐ G _____ |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Rustic Steel Creations, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

**Official Form 202**

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 10, 2019**          X **/s/ Dominique Martinez**
                                        Signature of individual signing on behalf of debtor

                                        **Dominique Martinez**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Rustic Steel Creations, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2019** to **Filing Date** | ■ Operating a business <br> ☐ Other | **$233,607.04** |
| **For prior year:** From  **1/01/2018** to **12/31/2018** | ■ Operating a business <br> ☐ Other | **$853,189.50** |
| **For year before that:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business <br> ☐ Other | **$798,855.00** |

2.  **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor   __Rustic Steel Creations, Inc.__                          Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|---|
| 3.1. | Palori Equities 238 East Davis Boulevard Suite 200 Tampa, FL 33606 | 2/19/19 - 4/26/19 | $2,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Rent |
| 3.2. | William Berry c/o Felipe B. Fulgencio, Esq 105 S. Edison Avenue Tampa, FL 33606 | 2/26/29, 4/17/19 | $6,529.92 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Garnishment |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Dominique Martinez 3919 N. Highland Avenue Tampa, FL 33603 Owner/Shareholder | 5/10/18, 5/24/18, 6/4/18, 6/7/18, 6/8/18, 6/14/18, 6/21/18, 7/5/18, 7/6/18, 7/19/18, 7/20/18, 7/25/18, 8/1/18, 8/16/18, 8/24/18, 8/30/18, 9/27/18, 10/11/18, 10/26/18, 10/29/18, 11/8/18, 11/22/18, 12/6/18, 12/20/18, 12/28/18, 1/8/19, 1/17/19, 2/15/19, 2/28/19, 3/14/19, 3/25/19, 4/5/19 | $72,030.50 | Reimbursements and salary |

Debtor    **Rustic Steel Creations, Inc.** _____    Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. Red Door No. 5, LLC<br>3919 N. Highland Avenue<br>Tampa, FL 33603<br>Affiliate | 2/14/19,<br>2/19/19,<br>2/21/19,<br>2/22/19,<br>2/25/19,<br>2/26/19,<br>2/28/19,<br>3/11/19,<br>3/13/19 | $51,350.00 | Debtor deposited its funds into Red Door's bank account to pay its operating expenses |

**5.  Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.  Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. William Berry v. Rustic Steel Creations, Inc.<br>2016-CA-8684 | Breach of Contract | Hillsborough Circuit Court<br>800 E. Twiggs Street<br>Tampa, FL 33602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. Lubna Lipton v. Dominique C. Martinez and Rustic Steal (sic) Creations, Inc.<br>19-CA-004577 | Breach of Contract | Hillsborough Circuit Court<br>800 E. Twiggs Street<br>Tampa, FL 33602 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Rustic Steel Creations, Inc.**                                    Case number *(if known)*

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Crisis Center of Tampa Bay** **One Crisis Center Plaza** **Tampa, FL 33613** | **Large Heart Sculpture** | **11/2017** | **$10,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.2. | **Metropolitan Ministries** **2002 N. Florida Avenue** **Tampa, FL 33602** | **Dozens of butterflies to decorate the exterior of the office** | **8/2018** | **$3,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.3. | **Multiple Charities** | **Welding classes** | **1/2018 - 4/2019** | **$4,000.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.4. | **Quick Silver Robotics** | **Use of shop, materials, skills, vendors and purchased items needed to build a robo-warrior** | **1/2018 - 4/2019** | **$11,500.00** |
| | Recipients relationship to debtor **None** | | | |
| 9.5. | **Wounded Warrior** **10150 Highland Manor Drive** **Suite 330** **Tampa, FL 33610** | **Sculpture donated for functions** | **9/2017 - 4/2019** | **$2,000.00** |
| | Recipients relationship to debtor **None** | | | |

---

**Part 5:    Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |
| **Loss to the Debtor's 2011 Ford Ranger, due to automobile accident involving the government. The accident occured in April 2019.** | **The other party has not cooperated with the insurance company and no compensation for the loss has been received by the Debtor** | **April, 2019** | **Unknown** |

**Part 6:    Certain Payments or Transfers**

11. Payments related to bankruptcy

---

Debtor    **Rustic Steel Creations, Inc.**                                                     Case number *(if known)* _____

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Jennis Law Firm 606 E. Madison Street Tampa, FL 33602 | | 2/13/19 | $16,717.00 |
| | Email or website address ecf@jennislaw.com | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Debtor    **Rustic Steel Creations, Inc.**                                    Case number *(if known)*

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Bank of Ozk<br>PO Box 196<br>Ozark, AR 72949 | XXXX-9826 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | Closed 3/2019 | $0.00 |
| 18.2. | Wells Fargo Bank, N.A. | XXXX-8366 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | Closed 3/2019 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Rustic Steel Creations, Inc.**                                    Case number *(if known)* _____

not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Joseph L. McDermott 10 Baywood Court Palm Harbor, FL 34683 | |

Debtor    **Rustic Steel Creations, Inc.**    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.2.    Jennifer Whiskeyman<br>3919 N. Highland Avenue<br>Tampa, FL 33603 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Joseph McDermott<br>10 Baywood Court<br>Palm Harbor, FL 34683 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dominique Martinez | 3919 N. Highland Avenue<br>Tampa, FL 33603-4723 | President | 100% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Debtor     **Rustic Steel Creations, Inc.**                                    Case number *(if known)*   _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | | Employer Identification number of the parent corporation |
|---|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | | Employer Identification number of the parent corporation |
|---|---|---|

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 10, 2019**

**/s/ Dominique Martinez**                          **Dominique Martinez**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor     **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Fill in this information to identify the case:

Debtor name | **Rustic Steel Creations, Inc.**
United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-1 Security Alarms, Inc. 1703 N. Tampa Street, Ste. 6 Tampa, FL 33602 | | Services Provided | | | | $2,643.25 |
| Airgas USA, LLC 6601 E. 14th Avenue Tampa, FL 33619 | | Trade Debt | | | | $13,299.33 |
| American Metals Supply Inc. 10840 Crossroads Commerce Center Boulevard Tampa, FL 33610 | | Trade Debt | | | | $4,679.33 |
| Amerinational PO Box 650402 Dallas, TX 75265 | | Real property located at 1910 N. Florida Avenue, Tampa, FL 33602 | | $108,387.29 | $358,362.00 | $40,775.73 |
| Ascentium Capital 4820 N. Dale Mabry Tampa, FL 33614 | | 2010 Ford F-150 XL and Ford Ranger | | $9,326.21 | $1,000.00 | $8,326.21 |
| Dominique Martinez 3919 N. Highland Avenue Tampa, FL 33603 | | Loan | | | | $31,308.88 |
| Dominique Martinez 3919 N. Highland Avenue Tampa, FL 33603 | | Unpaid wages | | | | $29,941.60 |
| Firehouse No. 5 Partner, LLC 4602 Cheval Boulevard Lutz, FL 33558 | | Real property located at 1910 N. Florida Avenue, Tampa, FL 33602 | | $100,000.00 | $358,362.00 | $100,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Rustic Steel Creations, Inc.** _____     Case number _(if known)_ _____
                  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Foremost Insurance Group PO Box 0915 Carol Stream, IL 60132 | | Insurance | | | | $2,658.50 |
| Industrial Tapes & Adhesives 1301 N. Rome Avenue Tampa, FL 33607 | | Trade Debt | | | | $1,379.34 |
| Internal Revenue Service Centralized Insolvency Oper. PO Box 7346 Philadelphia, PA 19101 | | Tax Lien for 940 and 1120 taxes | | | | $16,665.74 |
| Lubna Lipton 8640 Seminole Boulevard Seminole, FL 33772 | | Customer | Disputed | | | $8,250.00 |
| McCaster-Carr Supply Co. PO Box 7690 Chicago, IL 60680 | | Trade Debt | | | | $100,354.00 |
| Michelle Mancini 18815 Walker Road Lutz, FL 33549 | | Trade Debt | | | | $1,610.96 |
| nPerspective CFO Services 2202 N. Westshore Bouelvard Suite 200 Tampa, FL 33607 | | Professional Services | | | | $2,450.00 |
| Prime Rate Finance Corp. PO Box 580016 Charlotte, NC 28258 | | Insurance | | | | $988.47 |
| State of Florida Department of Revenue 6302 E. MLK Blvd. S. Tampa, FL 33619 | | Personal Property | | $4,077.89 | $0.00 | $4,077.89 |
| Swann Transportation Service 722 WSW Loop 232 Suite 200 Tyler, TX 75701 | | Trade Debt | | | | $988.00 |

Debtor  **Rustic Steel Creations, Inc.**                                    Case number *(if known)*  _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Tampa Well Drilling, Inc.<br>12704 N. Nebraska Avenue<br>Tampa, FL 33612 | | Services Provided | | | | $878.06 |
| Universal Canvas Hyde<br>Park Awning<br>916 East 109th Avenue<br>Tampa, FL 33612 | | Trade Debt | | | | $700.00 |

# United States Bankruptcy Court
## Middle District of Florida

In re   **Rustic Steel Creations, Inc.** _____      Case No. _____
                                                 Debtor(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Dominique Martinez**<br>**3919 N. Highland Avenue**<br>**Tampa, FL 33603-4723** | | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 10, 2019** _____      Signature   **/s/ Dominique Martinez** _____
                                                                  **Dominique Martinez**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Rustic Steel Creations, Inc.**                                  Case No.

                                                Debtor(s)                 Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 10, 2019**                              **/s/ Dominique Martinez**

                                                    **Dominique Martinez/President**

                                                    Signer/Title

Rustic Steel Creations, Inc.
3919 N. Highland Avenue
Tampa, FL 33603

Architectural Products &
Sales
1402 N. 25th Street
Tampa, FL 33605

City of Tampa Utilities
PO Box 30191
Tampa, FL 33630

Daniel E. Etlinger
Jennis Law Firm
606 E. Madison Street
Tampa, FL 33602

Ascentium Capital
4820 N. Dale Mabry
Tampa, FL 33614

CM HVAC Holdings, LLC
5806 Breckenridge Parkway
Suite B
Tampa, FL 33610

A-1 Security Alarms, Inc.
1703 N. Tampa Street, Ste. 6
Tampa, FL 33602

Blue Grace Logistics
Dept. 108
PO Box 4964
Houston, TX 77210

Colonial Life Insurance
PO Box 1365
Columbia, SC 29202

Airgas USA, LLC
6601 E. 14th Avenue
Tampa, FL 33619

Bob Leno
PO Box 86
Richboro, PA 18954

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

All Phase Glass and Mirror
Company, Inc.
5001 N. Coolidge Avenue
Tampa, FL 33614

Brian Morris
3919 N. Highland Avenue
Tampa, FL 33603

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

All-Time Manufacturing Co.
PO Box 37
2 Bridge Street
Montville, CT 06353

Candy Coated Customs
2515 71st Street North
Building A
Tampa, FL 33603

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

Alloy Casting Co.
PO Box 800008
Balch Springs, TX 75180

Chem Dry
2905 N. 13th Street
Tampa, FL 33605

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

American Metals Supply Inc.
10840 Crossroads Commerce
Center Boulevard
Tampa, FL 33610

Christopher Bertetto
3919 N. Highland Avenue
Tampa, FL 33603

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

Amerinational
PO Box 650402
Dallas, TX 75265

City of Tampa
205 N. Nebraska Avenue
Tampa, FL 33602

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

Gabriel R. Strine
Strine Legal Services, PLLC
8451 W. Linebaugh Avenue
Tampa, FL 33625

Jorge Mejia
3919 N. Highland Avenue
Tampa, FL 33603

Dominique Martinez
3919 N. Highland Avenue
Tampa, FL 33603

GG Markers
PO Box 47625
Tampa, FL 33646

Larry S. Hyman, Trustee
307 S. Boulevard, Ste. B
Tampa, FL 33606

Ethan Velez
3919 N. Highland Avenue
Tampa, FL 33603

Hillsborough Sheet Metal,Inc
4113 Nebraska Avenue
Tampa, FL 33603

Lease Finance Group, LLC
419 East Main Street
Middletown, NY 10940

FDOT Turnpike Enterprise
PO Box 613069
Ocoee, FL 34761

Hillsborough Tax Collector
PO Box 30012
Tampa, FL 33630

Lubna Lipton
8640 Seminole Boulevard
Seminole, FL 33772

Firehouse No. 5 Partner, LLC
4602 Cheval Boulevard
Lutz, FL 33558

Hillsborough Tax Collector
PO Box 30012
Tampa, FL 33630

McCaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680

Firehouse No. 5 Partners,LLC
4602 Cheval Boulevard
Lutz, FL 33558

Industrial Tapes & Adhesives
1301 N. Rome Avenue
Tampa, FL 33607

Mead Industrial Coatings,Inc
1213 E. Bearss Avenue
Lutz, FL 33549

Foremost Insurance Group
PO Box 0915
Carol Stream, IL 60132

Internal Revenue Service
Centralized Insolvency Oper.
PO Box 7346
Philadelphia, PA 19101

Michelle Mancini
18815 Walker Road
Lutz, FL 33549

Frontier
PO Box 740407
Cincinnati, OH 45274

JASSA Ventures, LLC
16116 Carden Drive
Odessa, FL 33556

Nashely Godines
3919 N. Highland Avenue
Tampa, FL 33603

Frontier
PO Box 5157
Tampa, FL 33675

Jessica Phillips
3919 N. Highland Avenue
Tampa, FL 33603

Notice to Owner
401 Center Pointe Circle
Suite 1549
Altamonte Springs, FL 32701

nPerspective CFO Services
2202 N. Westshore Bouelvard
Suite 200
Tampa, FL 33607

Palori Equities
234 E. Davis Boulevard
Tampa, FL 33606

Paycor
3000 Bayport Drive
Suite 750
Tampa, FL 33607

Personnel Concepts
200 E. Guasti Road
Suite 300
Ontario, CA 91761

Prime Rate Finance Corp.
PO Box 580016
Charlotte, NC 28258

Propane Ninja
4901 W. Knollwood Street
Tampa, FL 33634

Railroad & Industrial Credit
Union
3710 N. 50th Street
Tampa, FL 33619

Red Door No. 5, LLC
3919 N. Highland Avenue
Tampa, FL 33603

Red Door No. 5, LLC
3919 N. Highland Avenue
Tampa, FL 33603

Scott Walker
3919 N. Highland Avenue
Tampa, FL 33603

Sherwin-Williams Co.
Accounts Receivable Dept.
4835 W. Hillsborough Avenue
Tampa, FL 33614

Smiths Sandpaper Shop
7401 N. Nebraska Avenue
Tampa, FL 33604

Spectrum Business
PO Box 31710
Tampa, FL 33631

State of Florida
Department of Revenue
6302 E. MLK Blvd. S.
Tampa, FL 33619

Steven Caldwell
3919 N. Highland Avenue
Tampa, FL 33603

Stewart Stainless Supply,Inc
2721 N. 36th Street
Tampa, FL 33605

Sunpass
PO Box 447
Ocoee, FL 34761

Swann Transportation Service
722 WSW Loop 232
Suite 200
Tyler, TX 75701

Tampa Electric
PO Box 31318
Tampa, FL 33631

Tampa Steel Supply
1301 N. 26th Street
Tampa, FL 33605

Tampa Well Drilling, Inc.
12704 N. Nebraska Avenue
Tampa, FL 33612

Timothy G. Hayes
21859 State Road 54
Suite 200
Lutz, FL 33549

Truly Nolan
4842 N. Florida Avenue
Tampa, FL 33603

United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street
Suite 3200
Tampa, FL 33602

United States Attorney
Department of Justice
950 Pennslyvania Avenue NE
Washington, DC 20530-0001

Universal Canvas Hyde
Park Awning
916 East 109th Avenue
Tampa, FL 33612

Verizon
PO Box 660108
Dallas, TX 75266

William  Berry
c/o  Felipe B. Fulgencio, Esq
105 S. Edison Avenue
Tampa, FL 33606


Yoursip  Telecom
402 Tampa Road
Palm Harbor, FL 34683


Yoursip  Telecom
402 Tampa Road
Palm Harbor, FL 34683