UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                              CASE NO: 19-bk-4467-CED

Rustic Steel Creations, Inc.

    Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Townsend J. Belt, Esq. of the Law Office of Townsend J. Belt, P.A. hereby appears as counsel for Palori Equities in the above-styled action. All parties are requested to serve copies of all future pleadings and notices in the above-styled action, on the undersigned as required by the Federal Rules of Bankruptcy Procedure and order of the Court.

Dated: May 31, 2019

    Respectfully Submitted,
    Law Office of Townsend J. Belt, P.A.
    238 E. Davis Blvd. Ste #312
    Tampa, FL 33606
    Tel: (813) 251-8630
    Email: townsend.belt@beltlawoffice.com
    Email: eservice@beltlawoffice.com

    */S Townsend J. Belt*
    Townsend J. Belt, Esq.
    Florida Bar No. 0066811

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic notice to Daniel Etlinger, 606 East Madison Street, Tampa, FL 33602, and all other parties receiving CM/ECF notification, on May 31, 2019.

                        Respectfully Submitted,
                        Law Office of Townsend J. Belt, P.A.
                        238 E. Davis Blvd. Ste #312
                        Tampa, FL 33606
                        Tel: (813) 251-8630
                        Email: townsend.belt@beltlawoffice.com
                        Email: eservice@beltlawoffice.com

                        */S Townsend J. Belt*
                        Townsend J. Belt, Esq.
                        Florida Bar No. 0066811