**[Dodefmao]** [District Order Deficient Motion, Application or Objection]

ORDERED.

Dated: January 13, 2020

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                                                          Case No.
                                                                                                8:19−bk−04467−CED
                                                                                                Chapter 11

Rustic Steel Creations, Inc.

_____Debtor*_____/

### ORDER ABATING DEBTORS OMNIBUS OBJECTION TO SCHEDULED CLAIMS

   THIS CASE came on for consideration, without hearing, of the Omnibus Objection to Scheduled Claims of Bertetto, Christopher; Blue Grace Logistics; Caldwell, Steven; Candy Coated Customs; Colonial Life Insurance; FDOT Turnpike Enterprise; Foremost Insurance Group; GG Markers; Godines, Nashely; IRS; Jassa Ventures; Lease Finance Group, LLC; Mancini, Michelle; Mead Industrial Coatings; Mejia, Jorge; Morris, Brian; Notice to Owner; Paycor; Phillips, Jessica; Prime Rate Finance Corp.; Propane Ninja; Railroad & Industrial Credit Union; Sherwin− Williams Co. ; Spectrum Business; Stewart Stainless Supply, Inc.; Sunpass; Swann Transportation Services; Tampa Steel Supply; Tampa Well Drilling, Inc.; Truly Nolen; Universal Canvas Hyde Park Awning; Velez, Ethan; Verizon; Walker, Scott; Yoursip Telecom by movant's/filer's name , Doc. # . After review, the Court determines that the objection , is deficient as follows:

   Service upon the non−individual respondent to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process is not indicated. Fed. R. Bankr. P. 7004(b)(3).

   Service upon the insured depository institution by certified mail addressed to the attention of an officer of the institution is not indicated. Fed R. Bankr. P. 7004(h).

   The language used in the negative notice legend does not substantially conform to the approved negative notice legend language or includes an incorrect or incomplete address, including suite number, for the Court. Local Rule 2002−4.

   Accordingly it is

   **ORDERED:**

Consideration of the objection is abated until the deficiency is corrected.

The Clerk's Office is directed to serve a copy of this order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.